[No. 2055]
ALEX. McVEIGH MILLER, PETITIONER, v. MITTIE
    POINT MILLER, AND HON. E. J. L. TABER,
    AS DISTRICT JUDGE OF THE STATE OF NEVADA,
    IN AND FOR THE FOURTH JUDICIAL DISTRICT,
    RESPONDENTS.

[For opinion on merits, see page 115, *ante.*]

ON PETITION FOR REHEARING

By the Court, MCCARRAN, J.:

The petition for rehearing in this proceeding is denied.
Upon the hearing of the case upon appeal, the appellant,
if he so desires, may present for the consideration of
the court such proposed additions or modifications of the
transcript of the record as he may deem essential to a
proper consideration of the questions involved on the
appeal.  The court will then determine whether appel-
lant is entitled to have the additions or modifications
considered as a part of the record of the case.